**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HEATHER N. MCCOMBS, D.P.M., LLC., individually and on behalf of similarly situated persons, | ) | 15-cv-10843 |
| Plaintiff, | ) | |
| v. | ) | |
| CAYAN LLC, d/b/a CAPITAL BANKCARD, and WELLS FARGO BANK, N.A., | ) | |
| Defendants. | ) | |

**COMPLAINT - CLASS ACTION**

1. Plaintiff Heather N. McCombs, D.P.M., LLC, brings this action individually and on behalf of similarly situated persons to secure monetary and injunctive redress for the illegal actions of faxing an unsolicited advertisement in the form of Exhibit A in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

2. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 47 U.S.C. § 227 ("TCPA"). *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740 (2012); *Brill v. Countrywide Home Loans, Inc.,* 427 F.3d 446 (7th Cir. 2005).

3. Venue and personal jurisdiction in this District are proper because the act complained of was targeted to an individual in Illinois by the transmission of Exhibit A to Plaintiff.

4. Plaintiff received the fax, a copy of which is attached as Exhibit A on its facsimile machine.

5. Defendant Cayan LLC d/b/a Capital Bankcard is responsible for causing to be sent and/or the sending of the original of the fax attached hereto as Exhibit A.

6. The services for credit card processing depicted in Exhibit A must be paid for, they are not free.

7. The subject form fax, Exhibit A, is an advertisement for Plaintiff to enter into a contact with Defendants' for their businesses services.

8. Wells Fargo Bank, N.A., is the only entity approved to extend acceptance of payment cards directly to a Merchant, is responsible for educating Merchants on pertinent Visa and MasterCard Rules with which Merchants must comply with, is responsible for and must provide settlement funds to the Merchant, and is responsible for all funds held in reserve that are derived from settlement.

9. Plaintiff had no prior relationship with Defendants and had not authorized the sending of the fax, Exhibit A, nor did Plaintiff request any services to be provided by Defendants in relation to the cold call referred to in Exhibit A.

10. The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine . . . ." 47 U.S.C. §227(b)(1)(C).

11. Exhibit A does not contain a compliant opt-out notice as required by the TCPA.

12. Plaintiff's and each class member's right of privacy was invaded, costs of toner and ink were incurred, or time to review and delete the subject form faxes were expended.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and any certified class and against Defendant for:

a. Damages, including damages allowed under the TCPA;

b. Injunctive relief; and

c. Costs.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

**DOCUMENT PRESERVATION REQUESTS**

PLEASE TAKE NOTICE that Defendants are requested to preserve all documents that relate to the identity of any potential putative class members who would have been send a fax in the form of Exhibit A going back four years from the filing of this complaint, including all fax logs, fax numbers, address and names. Defendants are further requested to preserve any and all documents which show any expressed prior consent to receive faxes in the form of Exhibit A. Defendants are requested to preserve any and all documents which show any established business relationship with any potential putative class members.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

# EXHIBIT A

# FAX

# Merchant Services

Tel: 888-446-6532 Fax: 888-531-7760

| | |
|---|---|
| TO: **Carmen** | FROM: Chelsea Miller, Account Manager |
| Fax: 3129440007 | DATE: 11/25/15 |
| RE: **Your Merchant Account** | PAGES: 4 |

☒ URGENT ☒ FOR REVIEW ☒ PLEASE REPLY

We called your office earlier regarding LOWERING your merchant rate considerably for Visa/MasterCard and Discover, please see attached Merchant Services agreement (a Wells Fargo member).

*Also*, your current terminal will be upgraded to a new **FREE** EMV chip capable and PCI compliant TERMINAL. You will get upgraded at NO cost to you. Avoid equipment shortages and paying fines or even see your credit card terminal(s) disconnected from the network.

- Next Day Deposit,
- NO cost to start this new program, NO monthly statement fee,
- NO downtime as we handle the transfer for you at no cost to you.

Limited time offer!

Takes 5 minutes to complete:

☑ page 1 of application: **Complete** only
- **TAX ID** *(just above middle of page)* &
- **OWNERSHIP 1** section 2 *(middle of page)*

☑ **SIGN at the bottom of** page *(indicated by the arrows)*

☑ Include **Voided Check** for your deposits to start SAVING.

☑ **FAX** to **888-531-7760** for a quick approval.

I want to personally thank you for your business. I wish you continued success and look forward to serving you in the years to come!

**To be removed** from our offer to LOWER your merchant cost, write REMOVE at the top and **fax** this back to **(888) 519-4214**

# Free Equipment Use Agreement

**Capital** Bankcard

Please submit with credit card processing application. Contact cbsupport@merchantwarehouse.com with questions.

## ISO Information

Name: Merchant Service Request Date: ______

Phone: 888-446-6532 Email: ______

## Business Information

DBA: ______ Phone: ______

## Shipping Information *Free Ground Shipping

Recipient: ______

Address: same as business location above Apt/Suite: ______

City: ______ State: ______ Zip: ______

## Equipment Information

| Type of Terminal | Qty |
|---|---|
| VX520 DC EMV | 1 |
| | |

Free Pinpad? (Must have $5.00 Debit Access fee on application to qualify for Free Pinpad) **Yes / No**

* Reminder to set applicable annual/batch fees.

| **Period of Use** | |
|---|---|
| Starting Date: | Ending Date: |
| The Starting Date commences on or about the same date that Merchant ("Merchant") commences credit/debit card processing services through CB, and terminates on the date of termination of Merchant's credit/debit card processing agreement with CB, and any acquiring bank, or upon the return of the Equipment ("Use Term"). | |
| Location of use listed below. This will be used for USE Tax calculations | |
| CAPITAL BANKCARD, INC. (hereinafter "CB") shall provide the above described Equipment (or any replacement Equipment which CB may provide during the Use Term) to the Merchant subject to the terms and conditions set forth herein. Merchant agrees to be bound by all terms and conditions of this Equipment Use Agreement ("Agreement" - see page 2). | |
| Signature: [redacted]<br>Print Name: | |

DBA Name: McCombs Heather Dr    Merchant #: ______    

## 7. SERVICE FEE SCHEDULE (cont'd)

**DISCOUNT RATES:** **Visa/MC/Discover Network:**

| | Discount Rate | Per Item |
|---|---|---|
| Check/Debit Cards | 0.95% | $0.10 |
| Credit Cards | 0.95% | $0.10 |
| **American Express Credit** | ____% | $____ |

Visa/MC/Discover Network/American Express Credit IC Pass Thru
You will be charged the applicable interchange rate and assessment fee from MasterCard, Visa, Discover Network and American Express Credit, plus any other fees indicated in this Service Fee Schedule.

**TRANSACTIONS:**
Per Trans/Communication $ 0.10

**PIN Debit:**
PIN Debit *(plus the applicable network fees)* $____
Other Volume Percent ____%

**AMERICAN EXPRESS:**
American Express Pass Through SE #: ____
American Express Per Trans/Communication $____

**The following fees will be passed through: VISA** – Misuse of Authorization, Zero Floor Limit, International Acquirer, ACQ ISA, Trans Integrity, *Fixed Acquirer Network Fee (FANF), Kilobyte, APF, BIN/ICA, Processor, AFD; **MASTERCARD** – Acquirer Support, Cross Border, Processing Integrity, Kilobyte, License, NABU, CVC2, ICA/AVS, BIN/ICA, Processor; **DISCOVER** – International Processing, Data Usage, International Service, Network Auth.; **AMERICAN EXPRESS** – Network Fee; **MISC.** – TIN/TFN Invalid – $50.00 (Monthly); ACH Reject
*See Part III, Section A.3 for Billing Tables

EBT $____ *(per item)* #: ____

| | | | |
|---|---|---|---|
| Monthly Service Fee | $ 6.00 | Debit Network Access | $____ |
| Application Fee | $____ | Early Termination Fee | $____ |
| Voice Auth. Fee | $ 0.79 | Merchant Club Fee | $____ |
| Annual Fee | $____ | Monthly Business Plan | ☐ Yes ☒ No |
| Min. Monthly Discount Fee | $ 25.00 | Compliance Svc Pkg* | $____ |
| Retrieval Fee | $ 25.95 | ☐ ann. ☐ quar. | |
| Chargeback Fee | $ 25.95 | *Requires separate agreement | |
| Monthly Statement Fee | $____ | Other: | $____ |
| Wireless Fee | $____ | | |
| AVS *(per trans)* | $ 0.07 | | |
| Per Batch | $ 0.35 | | |

CB1707(ia)

## 8. SIGNATURE(S)

CBICPA1707(ia)

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the Program Guide [Version CB1707(ia)] and Confirmation Page, which is part of this Merchant Processing Application (consisting of Sections 1-8), and by this reference incorporated herein. Client acknowledges and agrees that we, our Affiliates and our third party subcontractors and/or agents may use automatic telephone dialing systems to contact Client at the telephone number(s) Client has provided in this Merchant Processing Application and/or may leave a detailed voice message in the event that Client is unable to be reached, even if the number provided is a cellular or wireless number or if Client has previously registered on a Do Not Call list or requested not to be contacted Client for solicitation purposes. Client hereby consents to receiving commercial electronic mail messages from us, our Affiliates and our third party subcontractors and/or agents from time to time.Client further agrees that Client will not accept more than 20% of its card transactions via mail, telephone or Internet order. However, if your Application is approved based upon contrary information stated in Section 6, Transaction Information section above, you are authorized to accept transactions in accordance with the percentages indicated in that section.

By signing below, each of the undersigned authorizes us, our Affiliates and our third party subcontractors and/or agents to verify the information contained in this Application and to request and obtain from any consumer reporting agency and other sources, including bank references, personal and business consumer reports and other information and to disclose such information amongst each other for any purpose permitted by law. If the Application is approved, each of the undersigned also authorizes us, our Affiliates and our third party subcontractors and/or agents to obtain subsequent consumer reports and other information from other sources, including bank references, in connection with the review, maintenance, updating, renewal or extension of the Agreement or for any other purpose permitted by law and disclose such information amongst each other. Each of the undersigned furthermore agrees that all references, including banks and consumer reporting agencies, may release any and all personal and business credit financial information to us, our Affiliates and our third party subcontractors and/or agents. Each of the undersigned authorizes us, our Affiliates and our third party subcontractors and/or agents to provide amongst each other the information contained in this Merchant Processing Application and Agreement and any information received subsequent thereto from all references, including banks and consumer reporting agencies for any purpose permitted by law. It is our policy to obtain certain information in order to verify your identity while processing your account application.

As part of our approval, processing services, continuing fraud prevention and account review processes, the undersigned consents to the use of information gathered online or that you submit to us, and/or automated electronic computer security screening, by us or our third party vendors.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

**Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.**

**Client agrees to all the terms of this Merchant Processing Application and Agreement. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by Capital Bankcard and Bank.**

**Client's Business Principal/Officer:**

Signature X ____ [redacted] X ____

Print Name of Signer ____ *(must match name in Section 2)* [redacted] *st match name in Section 2)*

Title ____ Date 11/25/15 Title [redacted] ____ Date ____

**Personal Guarantee:** In exchange for Capital Bankcard and Wells Fargo Bank, N.A.,(the Guaranteed Parties) acceptance of, as applicable, the Agreement, the undersigned unconditionally and irrevocably guarantees the full payment and performance of Client's obligations under the foregoing agreements, as applicable, as they now exist or as modified from time to time, whether before or after termination or expiration of such agreements and whether or not the undersigned has received notice of any amendment of such agreements. The undersigned waives notice of default by Client and agrees to indemnify the Guaranteed Parties for any and all amounts due from Client under the foregoing agreements. The Guaranteed Parties shall not be required to first proceed against Client to enforce any remedy before proceeding against the undersigned. This is a continuing personal guaranty and shall not be discharged or affected for any reason. The undersigned understands that this is a Personal Guaranty of payment and not of collection and that the Guaranteed Parties are relying upon this Personal Guaranty in entering into the foregoing agreements, as applicable.

Signature X ____ [redacted] ____ Date 11/25/15

~~Signature X~~ ____ Print [redacted] Section 2) ____ ~~Date~~ ____

**(For Internal Use Only)**

| Accepted By Capital Bankcard | Wells Fargo Bank, N.A., 1200 Montego Way, Walnut Creek, CA 94598 |
|---|---|
| Signature X ____ | Signature X ____ |
| Title ____ Date ____ | Title ____ Date ____ |

# MERCHANT PROCESSING APPLICATION AND AGREEMENT

**FAX to 888-531-7760 for a quick approval**

Sales Office ______ Print Sales Rep Name ______ Sales ID# ______

Merchant Number ______ Sales Rep. Signature ______ Phone #: ______



CB1707(ia) **1. BUSINESS INFORMATION** CBICPA1707(ia)

| | |
|---|---|
| Client's Business Name *(Doing Business As)*: McCombs Heather Dr | Client's Corporate/Legal Name *(Use Also For Headquarters' Information)*: |
| Business Address *(No P.O. Box)*: 980 Michigan Ave Ste 1100 | Billing Address *(If Different Than Location Address)*: |
| City: Chicago / State: IL / Zip: 60611 | City: / State: / Zip: |
| Location Phone #: (312) 944-0000 / Location Fax #: (312) 944-0007 | Contact Name: |
| Business E-mail or Website Address: / Contact Phone #: | Contact Fax # / E-mail Address: |
| Send Retrieval Requests to: ☒ Business Location ☐ Corp/Legal Location<br>Send Merchant Monthly Statement to: ☒ Business Location ☐ Corp/Legal Location | Customer Service E-mail Address: |

☐ INDIVIDUAL/SOLE PROPRIETORSHIP: State in which Certificate of Assumed Name Filed: ______ State: ______
☐ TAX EXEMPT ORGANIZATION (501C) State: ______
☐ GOVERNMENT (Federal, State, Local)
☐ INTERNATIONAL ORGANIZATION Location Filed: ______
☐ LIMITED LIABILITY COMPANY State Filed: ______
☐ CORPORATION – CHAPTER S, C State: ______
☐ MEDICAL OR LEGAL CORPORATION State: ______
☐ ASSOCIATION/ESTATE/TRUST State Filed: ______
☐ PARTNERSHIP State Filed: ______

Name *(as it appears on your income tax return)* → | FEDERAL TAX ID # *(as it appears on your income tax return)* | ☐ I certify that I am a foreign entity/nonresident alien. *(If checked, please attach IRS Form W-8.)* ←

**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part III, Section A.4 of your Program Guide for further information.)

SIC/MCC: ______
IATA/ARC: ______ *(MCC 4722 only)*

Detailed Explanation of Type of Merchandise, Products or Services Sold:

**2. OWNERS / PARTNERS / OFFICERS**

C O M P L E T E

| OWNER / PARTNER / OFFICER 1 | | OWNER / PARTNER / OFFICER 2 (crossed out) | |
|---|---|---|---|
| → Name: *(First, MI, Last)* | D.O.B.: (Date of Birth ⇄) | Name: *(First, MI, Last)* ← | D.O.B.: |
| Title: | % Ownership: | Title: | % Ownership: |
| Home Address: *(No P.O. Box)* → | | ← Home Address: *(No P.O. Box)* | |
| City: / State: / Zip: | Country: US | City: / State: / Zip: | Country: US |
| Telephone #: → | Social Security #: ⇄ | Telephone #: ← | Social Security #: |

**3. COMPANY HISTORY**

Date Business Started: ______
Previous Processor: ______

Prior Bankruptcies? ☒ No ☐ Yes ☐ Business and / or ☐ Personal
Reason For Leaving: ☒ Rate ☐ Service ☐ Terminated ☒ Other: FREE upgrade

→ attach VOIDED CHECK as separate page **4. SETTLEMENT INFORMATION** ←

Deposit Bank: | Bank Contact:
Transit / ABA #: | Deposit Account #:

**5. THIRD PARTY / EQUIPMENT INFORMATION**

Do you use any third party to store, process or transmit cardholder data? ☐ Yes ☒ No
If yes, give name/address: ______
Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: ______

**6. TRANSACTION INFORMATION**

| FINANCIAL DATA | | WHERE IS SALE TRANSACTED? *(Must = 100%)* | |
|---|---|---|---|
| Average Monthly Sales Volume (Cash + Credit + Debit + Check) | $______ | Store Front / Swiped | 90 % |
| Average MONTHLY MC/Visa/Discover Network/American Express Volume | $______ | Internet | ___ % |
| Average MC/Visa/Discover Network/American Express Ticket | $______ | Mail Order / Telephone Order | 5 % |
| Seasonal? ☒ No ☐ Yes High Volume Months Open: ______ | | Face to Face Keyed | 5 % |
| | | Total | 100 % |

**7. SERVICE FEE SCHEDULE**

☒ **Accept all MasterCard, Visa, Discover® Network and American Express Transactions** *(presumed, unless any selections below are checked)*

**MasterCard Acceptance**
☐ Accept MC Credit transactions *only*
☐ Accept MC Non-PIN Debit transactions *only*

**Visa Acceptance**
☐ Accept Visa Credit transactions *only*
☐ Accept Visa Non-PIN Debit transactions *only*

**Discover® Network Acceptance**
☐ Accept Discover® Network Credit transactions *only*
☐ Accept Discover® Network Non-PIN Debit transactions *only*

**American Express Acceptance**
☐ Accept American Express Credit transactions

See Section 1.9 of the Program Guide for details regarding limited acceptance.

✓ **Discount Collected** ☐ Daily ✓ Monthly