TQM

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HEATHER N. MCCOMBS, D.P.M., LLC., individually and on behalf of similarly situated persons, | ) | 15-cv-10843 |
| Plaintiff, | ) | Hon. Thomas M. Durkin |
| v. | ) | |
| CAYAN LLC, d/b/a CAPITAL BANKCARD, and WELLS FARGO BANK, N.A., | ) | |
| Defendants. | ) | |

# ORDER

For the reasons stated by the Court on the record, Defendants' request to strike Doc. Nos. 41 and 41-1 from the record and to restrict ECF access to same is granted. The Clerk of the Court is to restrict ECF access to Docs. 41 and 41-1, and is to remove those documents from this case.

Thomas M. Durkin
United States District Court Judge

3/23/16
Date