# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Heather N. McCombs, D.P.M., LLC., individually and on behalf of similarly situated persons<br>　　Plaintiff(s)<br><br>v.<br>　　Cayan LLC, d/b/a Capital Bankcard, and Wells Fargo Bank, N.A.<br>　　Defendant(s) | Case No. 15 C 10843 |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒  in favor of plaintiff(s) Heather N. McCombs, individually and on behalf of similarly situated persons
and against defendant(s) Cayan LLC, d/b/a Capital Bankcard, and Wells Fargo Bank, N.A.
in the amount of $7,500.00 ,

　　which  ☐ includes　　pre–judgment interest.

　　　　☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐  in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

---

☐  other:

---

This action was *(check one)*:

☐ tried by a jury with Judge　　presiding, and the jury has rendered a verdict.

☐ tried by Judge　　without a jury and the above decision was reached.

☒ decided by Judge Thomas M. Durkin on a motion Plaintiff's acceptance of defendants' Rule 68 offer of judgment.

Date:  4/11/2017　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　　　　Sandy Newland, Deputy Clerk