**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HEATHER N. MCCOMBS, D.P.M., LLC., individually and on behalf of similarly situated persons, | ) | 15-cv-10843 |
| Plaintiff, | ) | Hon. Thomas M. Durkin |
| v. | ) | |
| CAYAN LLC, d/b/a CAPITAL BANKCARD, and WELLS FARGO BANK, N.A., | ) | |
| Defendants. | ) | |

**SATISFACTION OF INDIVIDUAL JUDGMENT**

**PLEASE TAKE NOTICE** that the judgment entered on April 11, 2017, (Doc. 133), as amended on April 27, 2016, (Doc. 136), individually for Plaintiff Heather N. McCombs, D.P.M., L.L.C., and against Defendants Cayan LLC, d/b/a Capital Bankcard, and Wells Fargo Bank, N.A., in the amount of $7,500 plus post-judgment interest, has been satisfied in full.

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **May 3, 2017,** I filed the **document above** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal