# NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern, Division.
15-cv-10843 – Thomas M. Durkin, *District Court Judge*.

HEATHER N. MCCOMBS, D.P.M., LLC., )
INDIVIDUALLY AND ON BEHALF )
OF SIMILARLY SITUATED PERSONS, )
)
PLAINTIFF-APPELLANT, )
)
V. )
)
CAYAN LLC, D/B/A CAPITAL BANKCARD, )
AND WELLS FARGO BANK, N.A., )
)
DEFENDANTS-APPELLEES. )

Notice is hereby given that Plaintiff-Appellant Heather N. McCombs, D.P.M., LLC, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment, docket number 133, entered on April 11, 2017, as amended, on April 27, 2017, docket number 136, entering judgment for Plaintiff only individually, and from all opinions and orders that merge therein including the minute order, docket number 135, based on its April 10, 2017 acceptance of Defendants-Appellees' February 22, 2016 Rule 68 Offer of Judgment, but not entering a class judgment for class wide injunctive relief that was accepted contemporaneously by Plaintiff-Appellant (and proposed class counsel on behalf of the class members) of Defendants-Appellees' subsequent class wide offered made at

oral arguments on April 28, 2016, in which Defendants-Appellees' offer was presented to the Court and Plaintiff as follows:

> [W]e sent Mr. Warner [Plaintiff's counsel] a letter last week indicating that if the case otherwise survives the motions to dismiss, we are prepared to give class injunctive relief to everyone.
>
> (Doc. 79, Tr. 4:3-6, PageID #:643)
>
> * * *
>
> [W]e have agreed now to offer injunctive relief to anyone in the class.
>
> (Id. Tr: 12:22-23, PageID #:651).
>
> * * *
>
> Our agreement to not send voluntary faxes is more than a voluntary cessation of complained-of conduct. It is conduct that will be backed up and embodied in an injunction order. A violation of an injunction order could subject the defendants to contempt proceedings, maybe in this courtroom, perhaps litigated by Mr. Warner, who is a very zealous opponent.
>
> With an injunction order in place, there is no reasonable expectation that the wrong will be repeated.
>
> (Id., Tr. 13:16-23, PageID#652).
>
> * * *
>
> THE COURT: All right. So the injunctive offer, is that as -- both defendants offering that?
>
> MR. TANNEN: Assuming -- assuming that Wells Fargo doesn't get dismissed from the case because of the inadequate pleadings, that doesn't -- the pleadings don't show --
>
> THE COURT: Right. Let's –
>
> MR. TANNEN: Yes.
>
> THE COURT: -- assume they're in.

MR. TANNEN: Yes.

THE COURT: Then it is applicable to both --

MR. TANNEN: Yes.

THE COURT: It's an offer both defendants are making.

MR. TANNEN: Yes, it is.

(Id. Tr. 14:12-24, PageID #:653).

* * *

THE COURT: Well, I assume any offer of injunctive relief by the defendants is going to be an effective offer, not one that has got wiggle room to get out of by having subcontractors send out what they can't send. If it's not a -- if it's not a genuine, legitimate stop sending out faxes such as these, unsolicited people who don't want them, then it's truly not all offer to faxes to you could ask for because then you're not getting what you asked for.

(Id., Tr.26: 7-15, PageID #:665).

THE COURT: All right. No, and I think Mr. Warner raised that as a wrinkle. You've assured me that any injunctive offer would be bulletproof.

MR. TANNEN: Yes.

(Id., Tr. 39: 1-4, PageID# 678).

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **March 4, 2017,** I filed the **Notice of Appeal** above using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

Christina Guerola Sarchio
Gregory D. Beaman
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400
(202) 339-8687
csarchio@orrick.com
gbaeman@orrick.com

Michael Murphy Tannen
Glenn A. Klinger
Tannen Law Group, P.C.
19 S. LaSalle St., Suite 1600
Chicago, IL 60603
(312) 641-6650
mtannen@tannenlaw.com
gklinger@tannellaw.com

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff