# NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern, Division.
15-cv-10843 – Thomas M. Durkin, *District Court Judge*.

| | |
|---|---|
| HEATHER N. MCCOMBS, D.P.M., LLC., INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS, | ) |
| PLAINTIFF-APPELLANT, | ) |
| v. | ) |
| CAYAN LLC, D/B/A CAPITAL BANKCARD, AND WELLS FARGO BANK, N.A., | ) |
| DEFENDANTS-APPELLEES. | ) |

Notice is hereby given that Plaintiff-Appellant Heather N. McCombs, D.P.M., LLC, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment, docket number 133, entered on April 11, 2017, as amended, on April 27, 2017, docket number 136, entering judgment for Plaintiff only individually, and from all opinions and orders that merge therein including the minute order, docket number 135, based on its April 10, 2017 acceptance of Defendants-Appellees' February 22, 2016 Rule 68 Offer of Judgment, but not entering a class judgment for class wide injunctive relief that was accepted contemporaneously by Plaintiff-Appellant (and proposed class counsel on behalf of the class members) of Defendants-Appellees' subsequent class wide offered made at

oral arguments on April 28, 2016, in which Defendants-Appellees' offer was presented to the Court and Plaintiff as follows:

> [W]e sent Mr. Warner [Plaintiff's counsel] a letter last week indicating that if the case otherwise survives the motions to dismiss, we are prepared to give class injunctive relief to everyone.
>
> (Doc. 79, Tr. 4:3-6, PageID #:643)
>
> * * *
>
> [W]e have agreed now to offer injunctive relief to anyone in the class.
>
> (Id. Tr: 12:22-23, PageID #:651).
>
> * * *
>
> Our agreement to not send voluntary faxes is more than a voluntary cessation of complained-of conduct. It is conduct that will be backed up and embodied in an injunction order. A violation of an injunction order could subject the defendants to contempt proceedings, maybe in this courtroom, perhaps litigated by Mr. Warner, who is a very zealous opponent.
>
> With an injunction order in place, there is no reasonable expectation that the wrong will be repeated.
>
> (Id., Tr. 13:16-23, PageID#652).
>
> * * *
>
> THE COURT: All right. So the injunctive offer, is that as -- both defendants offering that?
>
> MR. TANNEN: Assuming -- assuming that Wells Fargo doesn't get dismissed from the case because of the inadequate pleadings, that doesn't -- the pleadings don't show --
>
> THE COURT: Right. Let's –
>
> MR. TANNEN: Yes.
>
> THE COURT: -- assume they're in.

MR. TANNEN: Yes.

THE COURT: Then it is applicable to both --

MR. TANNEN: Yes.

THE COURT: It's an offer both defendants are making.

MR. TANNEN: Yes, it is.

(Id. Tr. 14:12-24, PageID #:653).

* * *

THE COURT: Well, I assume any offer of injunctive relief by the defendants is going to be an effective offer, not one that has got wiggle room to get out of by having subcontractors send out what they can't send. If it's not a -- if it's not a genuine, legitimate stop sending out faxes such as these, unsolicited people who don't want them, then it's truly not all offer to faxes to you could ask for because then you're not getting what you asked for.

(Id., Tr.26: 7-15, PageID #:665).

THE COURT: All right. No, and I think Mr. Warner raised that as a wrinkle. You've assured me that any injunctive offer would be bulletproof.

MR. TANNEN: Yes.

(Id., Tr. 39: 1-4, PageID# 678).

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **March 4, 2017,** I filed the **Notice of Appeal** above using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

Christina Guerola Sarchio
Gregory D. Beaman
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400
(202) 339-8687
csarchio@orrick.com
gbaeman@orrick.com

Michael Murphy Tannen
Glenn A. Klinger
Tannen Law Group, P.C.
19 S. LaSalle St., Suite 1600
Chicago, IL 60603
(312) 641-6650
mtannen@tannenlaw.com
gklinger@tannellaw.com

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern, Division.
15-cv-10843 – Thomas M. Durkin, *District Court Judge.*

HEATHER N. MCCOMBS, D.P.M., LLC., )
INDIVIDUALLY AND ON BEHALF )
OF SIMILARLY SITUATED PERSONS, )
)
PLAINTIFF-APPELLANT, )
)
v. )
)
CAYAN LLC, D/B/A CAPITAL BANKCARD, )
AND WELLS FARGO BANK, N.A., )
)
DEFENDANTS-APPELLEES. )

## PLAINTIFF-APPELLANT'S CIRCUIT RULE 3(c)(1)
## DOCKETING STATEMENT

NOW COMES Plaintiff-Appellant Heather N. McCombs, D.P.M. LLC, ("McCombs"), an Illinois corporation with its principal place of business in Illinois, by and through their counsel, and pursuant to Circuit Rule 3(c)(1) states as follows:

On December 2, 2015, Plaintiff-Appellant McCombs, individually and on behalf of similarly situated persons, filed a putative class action against Defendants Cayan LLC d/b/a Capital Bankcard ("Cayan"), a Delaware corporation with its principal place of business in Massachusetts, and Wells Fargo Bank, N.A., ("Wells Fargo"), a national banking association organized and existing under the laws of the United States of America with its principal executive offices located in South

Dakota, (collectively "Defendants-Appellees"), for violating the Telephone Consumer Protection Act, codified at 47 U.S.C. § 227 ("TCPA"), in for Cayan sending or causing to be sent an unsolicited fax advertisement that also did not contain the required opt-out notice under the Act, advertising Defendants-Appellees' credit card processing services. (R. 1).

The district court had jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because McCombs' claim arose under a federal question, the TCPA, 47 U.S.C. § 227. Venue was proper under as the subject unsolicited faxed advertisement was sent to McCombs' located within the district.

McCombs is seeking review from the final judgment, docket number 133, entered on April 11, 2017, as amended, on April 27, 2017, docket number 136, entering judgment for Plaintiff only individually, and from all opinions and orders that merge therein including the minute order, docket number 135, based on its April 10, 2017 acceptance of Defendants-Appellees' February 22, 2016 Rule 68 Offer of Judgment, but not entering a class judgment for class wide injunctive relief that was accepted contemporaneously by Plaintiff-Appellant (and proposed class counsel on behalf of the class members), (R. 131), of Defendants-Appellees' subsequent class wide offered made at oral arguments on April 28, 2016, in which Defendants-Appellees' offer was presented to the Court and Plaintiff as follows:

> [W]e sent Mr. Warner [Plaintiff's counsel] a letter last week indicating that if the case otherwise survives the motions to dismiss, we are prepared to give class injunctive relief to everyone.
>
> (R. 79, Tr. 4:3-6, PageID #:643)

* * *

[W]e have agreed now to offer injunctive relief to anyone in the class.

(Id. Tr: 12:22-23, PageID #:651).

* * *

Our agreement to not send voluntary faxes is more than a voluntary cessation of complained-of conduct. It is conduct that will be backed up and embodied in an injunction order. A violation of an injunction order could subject the defendants to contempt proceedings, maybe in this courtroom, perhaps litigated by Mr. Warner, who is a very zealous opponent.

With an injunction order in place, there is no reasonable expectation that the wrong will be repeated.

(Id., Tr. 13:16-23, PageID#652).

* * *

THE COURT: All right. So the injunctive offer, is that as -- both defendants offering that?

MR. TANNEN: Assuming -- assuming that Wells Fargo doesn't get dismissed from the case because of the inadequate pleadings, that doesn't -- the pleadings don't show --

THE COURT: Right. Let's –

MR. TANNEN: Yes.

THE COURT: -- assume they're in.

MR. TANNEN: Yes.

THE COURT: Then it is applicable to both --

MR. TANNEN: Yes.

THE COURT: It's an offer both defendants are making.

MR. TANNEN: Yes, it is.

(Id. Tr. 14:12-24, PageID #:653).

* * *

THE COURT: Well, I assume any offer of injunctive relief by the defendants is going to be an effective offer, not one that has got wiggle room to get out of by having subcontractors send out what they can't send. If it's not a -- if it's not a genuine, legitimate stop sending out faxes such as these, unsolicited people who don't want them, then it's truly not all offer to faxes to you could ask for because then you're not getting what you asked for.

(Id., Tr.26: 7-15, PageID #:665).

THE COURT: All right. No, and I think Mr. Warner raised that as a wrinkle. You've assured me that any injunctive offer would be bulletproof.

MR. TANNEN: Yes.

(Id., Tr. 39: 1-4, PageID# 678).

Plaintiff-Appellant filed its notice of appeal on March 4, 2017, which is within 30-days of the district court's final judgment, docket number 133, entered on April 11, 2017, as amended, on April 27, 2017, docket number 136. The Seventh Circuit Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **March 4, 2017,** I filed the **DOCKETING STATEMENT** above using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

Christina Guerola Sarchio
Gregory D. Beaman
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400
(202) 339-8687
csarchio@orrick.com
gbaeman@orrick.com

Michael Murphy Tannen
Glenn A. Klinger
Tannen Law Group, P.C.
19 S. LaSalle St., Suite 1600
Chicago, IL 60603
(312) 641-6650
mtannen@tannenlaw.com
gklinger@tannellaw.com

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern, Division.
15-cv-10843 – Thomas M. Durkin, *District Court Judge*.

HEATHER N. MCCOMBS, D.P.M., LLC., )
INDIVIDUALLY AND ON BEHALF )
OF SIMILARLY SITUATED PERSONS, )
)
PLAINTIFF-APPELLANT, )
)
v. )
)
CAYAN LLC, D/B/A CAPITAL BANKCARD, )
AND WELLS FARGO BANK, N.A., )
)
DEFENDANTS-APPELLEES. )

## PLAINTIFF-APPELLANT'S AMENDED CIRCUIT RULE 3(c)(1) DOCKETING STATEMENT

NOW COMES Plaintiff-Appellant Heather N. McCombs, D.P.M. LLC, ("McCombs"), an Illinois corporation with its principal place of business in Illinois, by and through their counsel, and pursuant to Circuit Rule 3(c)(1) states as follows:

On December 2, 2015, Plaintiff-Appellant McCombs, individually and on behalf of similarly situated persons, filed a putative class action against Defendants Cayan LLC d/b/a Capital Bankcard ("Cayan"), a Delaware corporation with its principal place of business in Massachusetts, and Wells Fargo Bank, N.A., ("Wells Fargo"), a national banking association organized and existing under the laws of the United States of America with its principal executive offices located in South

Dakota, (collectively "Defendants-Appellees"), for violating the Telephone Consumer Protection Act, codified at 47 U.S.C. § 227 ("TCPA"), in for Cayan sending or causing to be sent an unsolicited fax advertisement that also did not contain the required opt-out notice under the Act, advertising Defendants-Appellees' credit card processing services. (R. 1).

The district court had jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because McCombs' claim arose under a federal question, the TCPA, 47 U.S.C. § 227. Venue was proper under as the subject unsolicited faxed advertisement was sent to McCombs' located within the district.

McCombs is seeking review from the final judgment, docket number 133, entered on April 11, 2017, as amended, on April 27, 2017, docket number 136, entering judgment for Plaintiff only individually, and from all opinions and orders that merge therein including the minute order, docket number 135, based on its April 10, 2017 acceptance of Defendants-Appellees' February 22, 2016 Rule 68 Offer of Judgment, but not entering a class judgment for class wide injunctive relief that was accepted contemporaneously by Plaintiff-Appellant (and proposed class counsel on behalf of the class members), (R. 131), of Defendants-Appellees' subsequent class wide offered made at oral arguments on April 28, 2016, in which Defendants-Appellees' offer was presented to the Court and Plaintiff as follows:

> [W]e sent Mr. Warner [Plaintiff's counsel] a letter last week indicating that if the case otherwise survives the motions to dismiss, we are prepared to give class injunctive relief to everyone.
>
> (R. 79, Tr. 4:3-6, PageID #:643)

* * *

[W]e have agreed now to offer injunctive relief to anyone in the class.

(Id. Tr: 12:22-23, PageID #:651).

* * *

Our agreement to not send voluntary faxes is more than a voluntary cessation of complained-of conduct. It is conduct that will be backed up and embodied in an injunction order. A violation of an injunction order could subject the defendants to contempt proceedings, maybe in this courtroom, perhaps litigated by Mr. Warner, who is a very zealous opponent.

With an injunction order in place, there is no reasonable expectation that the wrong will be repeated.

(Id., Tr. 13:16-23, PageID#652).

* * *

THE COURT: All right. So the injunctive offer, is that as -- both defendants offering that?

MR. TANNEN: Assuming -- assuming that Wells Fargo doesn't get dismissed from the case because of the inadequate pleadings, that doesn't -- the pleadings don't show --

THE COURT: Right. Let's –

MR. TANNEN: Yes.

THE COURT: -- assume they're in.

MR. TANNEN: Yes.

THE COURT: Then it is applicable to both --

MR. TANNEN: Yes.

THE COURT: It's an offer both defendants are making.

MR. TANNEN: Yes, it is.

(Id. Tr. 14:12-24, PageID #:653).

* * *

THE COURT: Well, I assume any offer of injunctive relief by the defendants is going to be an effective offer, not one that has got wiggle room to get out of by having subcontractors send out what they can't send. If it's not a -- if it's not a genuine, legitimate stop sending out faxes such as these, unsolicited people who don't want them, then it's truly not all offer to faxes to you could ask for because then you're not getting what you asked for.

(Id., Tr.26: 7-15, PageID #:665).

THE COURT: All right. No, and I think Mr. Warner raised that as a wrinkle. You've assured me that any injunctive offer would be bulletproof.

MR. TANNEN: Yes.

(Id., Tr. 39: 1-4, PageID# 678).

Plaintiff-Appellant filed its notice of appeal on May 4, 2017, which is within 30-days of the district court's final judgment, docket number 133, entered on April 11, 2017, as amended, on April 27, 2017, docket number 136. The Seventh Circuit Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **May 4, 2017,** I filed the **DOCKETING STATEMENT** above using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

Christina Guerola Sarchio
Gregory D. Beaman
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400
(202) 339-8687
csarchio@orrick.com
gbaeman@orrick.com

Michael Murphy Tannen
Glenn A. Klinger
Tannen Law Group, P.C.
19 S. LaSalle St., Suite 1600
Chicago, IL 60603
(312) 641-6650
mtannen@tannenlaw.com
gklinger@tannellaw.com

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Heather N. McCombs, D.P.M., LLC.
Plaintiff,
v.
Case No.: 1:15−cv−10843
Honorable Thomas M. Durkin
Cayan LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 11, 2017:

MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to certify class [8] is denied as moot. Defendants' motion to stay [129] is denied for the reasons stated orally. Status hearing held on 4/11/2017. Judgment is entered in accordance with plaintiff's acceptance of defendants' Rule 68 offer of judgment. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Heather N. McCombs, D.P.M., LLC., individually and on behalf of similarly situated persons
Plaintiff(s) ) ) Case No. 15 C 10843 ) ) )

v.

Cayan LLC, d/b/a Capital Bankcard, and Wells Fargo Bank, N.A.
Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Heather N. McCombs, individually and on behalf of similarly situated persons
and against defendant(s) Cayan LLC, d/b/a Capital Bankcard, and Wells Fargo Bank, N.A.
in the amount of $7,500.00 ,

which ☐ includes pre–judgment interest.

☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☒ decided by Judge Thomas M. Durkin on a motion Plaintiff's acceptance of defendants' Rule 68 offer of judgment.

Date: 4/11/2017

Thomas G. Bruton, Clerk of Court

Sandy Newland, Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Heather N. McCombs, D.P.M., LLC. )
) Case No. 15 C 10843
Plaintiff(s) )
v. )
Cayan LLC, d/b/a Capital Bankcard, and Wells Fargo Bank, N.A. )
Defendant(s)

# AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Heather N. McCombs, D.P.M., LLC.
and against defendant(s) Cayan LLC, d/b/a Capital Bankcard, and Wells Fargo Bank, N.A.
in the amount of $7,500.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☒ decided by Judge Thomas M. Durkin on a motion Plaintiff's acceptance of defendants' Rule 68 offer of judgment.

Date: 4/11/2017 Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland, Deputy Clerk

APPEAL,MARTIN,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:15-cv-10843
# Internal Use Only

Heather N. McCombs, D.P.M., LLC. v. Cayan LLC et al
Assigned to: Honorable Thomas M. Durkin
Cause: 28:1331 Federal Question

Date Filed: 12/02/2015
Date Terminated: 04/11/2017
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Heather N. McCombs, D.P.M., LLC.**

represented by **Curtis Charles Warner**
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290
Email: cwarner@warnerlawllc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cayan LLC**
*doing business as*
Capital Bank Card

represented by **Gregory D Beaman**
Orrick, Herrington & Sutcliffe Llp
1152 15th Street, N.w.
Washington, DC 20005
(202) 339-8441
Email: gbeaman@orrick.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Murphy Tannen**
Tannen Law Group, P.C.
19 S. LaSalle Street
Suite 1600
Chicago, IL 60603
(312)641-6650
Email: mtannen@tannenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina G Sarchio**
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
202-339-8687
Email: csarchio@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Marie Reilly**
Manatt, Phelps & Phillips, Llp
11355 West Olympic Boulevard
Los Angeles, CA 90064
310.312.4237
Email: creilly@manatt.com
*TERMINATED: 08/11/2016*
*PRO HAC VICE*

**Diana Lauren Eisner**
Manatt, Phelps & Phillips LLP
Suite 600
1050 Connecticut Ave NW
Washington, DC 20036
(202) 585-6576
Email: deisner@manatt.com
*TERMINATED: 08/11/2016*
*PRO HAC VICE*

**Glenn Allen Klinger**
Tannen Law Group, Pc
19 S. Lasalle Street #1600
Chicago, IL 60603
(312) 641-6650
Email: gklinger@tannenlaw.com
*ATTORNEY TO BE NOTICED*

**James Wilson Slater**
Tannen Law Group P.c.
19 S. Lasalle St.
Suite 1600
Chicago, IL 60603
(312) 641-6650
Email: jslater@tannenlaw.com
*TERMINATED: 03/30/2017*

**Defendant**

**Wells Fargo Bank, N.A.** represented by **Gregory D Beaman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Murphy Tannen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina G Sarchio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Marie Reilly**
(See above for address)
*TERMINATED: 08/11/2016*
*PRO HAC VICE*

**Diana Lauren Eisner**
(See above for address)
*TERMINATED: 08/11/2016*
*PRO HAC VICE*

**Glenn Allen Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Wilson Slater**
(See above for address)
*TERMINATED: 03/30/2017*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2015 | 1 | COMPLAINT filed by Heather N. McCombs, D.P.M., LLC.; Filing fee $ 400, receipt number 0752-11356922.(Warner, Curtis) (Entered: 12/02/2015) |
| 12/02/2015 | 2 | CIVIL Cover Sheet (Warner, Curtis) (Entered: 12/02/2015) |
| 12/02/2015 | 3 | ATTORNEY Appearance for Plaintiff Heather N. McCombs, D.P.M., LLC. by Curtis Charles Warner (Warner, Curtis) (Entered: 12/02/2015) |
| 12/02/2015 | 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Heather N. McCombs, D.P.M., LLC. (Warner, Curtis) (Entered: 12/02/2015) |

| | | |
|---|---|---|
| 12/03/2015 | | CASE ASSIGNED to the Honorable Thomas M. Durkin. Designated as Magistrate Judge the Honorable Daniel Martin. (ags, ) (Entered: 12/03/2015) |
| 12/03/2015 | | SUMMONS Issued as to Defendants Cayan LLC, Wells Fargo Bank, N.A. (pg, ) (Entered: 12/03/2015) |
| 12/08/2015 | 5 | SUMMONS Returned Executed by Heather N. McCombs, D.P.M., LLC. as to Cayan LLC on 12/4/2015, answer due 12/28/2015. (Warner, Curtis) (Entered: 12/08/2015) |
| 12/10/2015 | 6 | ORDER:Joint Status Report due by 2/4/2016. Status hearing set for 2/9/2016 at 09:00 AM. Signed by the Honorable Thomas M. Durkin on 12/10/2015:Mailed notice(srn, ) (Entered: 12/10/2015) |
| 12/11/2015 | 7 | SUMMONS Returned Executed by Heather N. McCombs, D.P.M., LLC. as to Wells Fargo Bank, N.A. on 12/4/2015, answer due 12/28/2015. (Warner, Curtis) (Entered: 12/11/2015) |
| 12/11/2015 | 8 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. to certify class (Attachments: # 1 Exhibit A - D)(Warner, Curtis) (Entered: 12/11/2015) |
| 12/11/2015 | 9 | NOTICE of Motion by Curtis Charles Warner for presentment of motion to certify class 8 before Honorable Thomas M. Durkin on 12/16/2015 at 09:00 AM. (Warner, Curtis) (Entered: 12/11/2015) |
| 12/16/2015 | 10 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to certify class 8 is entered and continued generally. Motion hearing held on 12/16/2015. Defendant is to answer or otherwise plead by 1/14/16. Mailed notice (srn, ) (Entered: 12/16/2015) |
| 01/14/2016 | 11 | ATTORNEY Appearance for Defendants Cayan LLC, Wells Fargo Bank, N.A. by Michael Murphy Tannen (Tannen, Michael) (Entered: 01/14/2016) |
| 01/14/2016 | 12 | ATTORNEY Appearance for Defendants Cayan LLC, Wells Fargo Bank, N.A. by Michael Murphy Tannen *for James W. Slater* (Tannen, Michael) (Entered: 01/14/2016) |
| 01/14/2016 | 13 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re attorney appearance 11 , attorney appearance 12 (Tannen, Michael) (Entered: 01/14/2016) |
| 01/14/2016 | 14 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for extension of time to file response/reply as to complaint 1 *and for other relief* (Tannen, Michael) (Entered: 01/14/2016) |
| 01/14/2016 | 15 | NOTICE of Motion by Michael Murphy Tannen for presentment of motion for extension of time to file response/reply, motion for relief 14 before Honorable Thomas M. Durkin on 1/25/2016 at 09:00 AM. (Tannen, Michael) (Entered: 01/14/2016) |
| 01/19/2016 | 16 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion for extension of time to 1/28/16 to answer or otherwise plead 14 is granted. The 2/9/16 status date is vacated. Status hearing reset for 2/23/2016 at 09:00 AM. Joint status report is now due by 2/18/16. Mailed notice (srn, ) (Entered: |

| | | |
|---|---|---|
| | | 01/19/2016) |
| 01/21/2016 | 17 | TRANSCRIPT OF PROCEEDINGS held on 12/16/15 before the Honorable Thomas M. Durkin. Motion hearing. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/11/2016. Redacted Transcript Deadline set for 2/22/2016. Release of Transcript Restriction set for 4/20/2016. (Renke, Laura) (Entered: 01/21/2016) |
| 01/22/2016 | 18 | AMENDED complaint by Heather N. McCombs, D.P.M., LLC. against Cayan LLC, Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit A - Fax, # 2 Certificate of Service)(Warner, Curtis) (Entered: 01/22/2016) |
| 01/27/2016 | 19 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. to amend/correct complaint 1 , amended complaint 18 , order on motion for extension of time to file response/reply,, terminate deadlines and hearings,, set/reset hearings, 16 *(Joint Motion)* (Attachments: # 1 Appendix A - Proposed Amended Complaint) (Warner, Curtis) (Entered: 01/27/2016) |
| 01/27/2016 | 20 | NOTICE of Motion by Curtis Charles Warner for presentment of motion to amend/correct,, motion for relief,,,,,,,,, 19 before Honorable Thomas M. Durkin on 2/2/2016 at 09:00 AM. (Warner, Curtis) (Entered: 01/27/2016) |
| 01/28/2016 | 21 | MINUTE entry before the Honorable Thomas M. Durkin:Joint motion to permit the filing of an amended complaint and to reset the schedule 19 is granted. Plaintiff is granted leave to file an amended complaint. Defendants have 21 days after the filing of the amended complaint to answer or otherwise plead. The 2/23/2016 status date is vacated. Joint status report is now due 3/10/2016. Status hearing reset for 3/15/2016 at 09:00 AM. No appearance is required on 2/2/16.Mailed notice (srn, ) (Entered: 01/28/2016) |
| 01/28/2016 | 22 | AMENDED complaint by Heather N. McCombs, D.P.M., LLC. against Cayan LLC, Wells Fargo Bank, N.A. (Attachments: # 1 Certificate of Service)(Warner, Curtis) (Entered: 01/28/2016) |
| 02/19/2016 | 23 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for extension of time to file response/reply as to amended complaint 22 (Tannen, Michael) (Entered: 02/19/2016) |
| 02/19/2016 | 24 | NOTICE of Motion by Michael Murphy Tannen for presentment of motion for extension of time to file response/reply, motion for relief 23 before Honorable Thomas M. Durkin on 2/24/2016 at 09:00 AM. (Tannen, Michael) (Entered: 02/19/2016) |

| | | |
|---|---|---|
| 02/19/2016 | 25 | RESPONSE by Heather N. McCombs, D.P.M., LLC. to MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for extension of time to file response/reply as to amended complaint 22 23 (Warner, Curtis) (Entered: 02/19/2016) |
| 02/23/2016 | 26 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion for extension of time to 3/8/2016 to file a responsive pleading 23 is granted. No appearance required on 2/24/2016. The 3/15/2016 status date stands. (srn, ) (Entered: 02/23/2016) |
| 03/08/2016 | 27 | MOTION by Defendants Wells Fargo Bank, N.A., Cayan LLC to dismiss for lack of jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(1)* (Tannen, Michael) (Entered: 03/08/2016) |
| 03/08/2016 | 28 | MEMORANDUM by Cayan LLC, Wells Fargo Bank, N.A. in support of motion to dismiss/lack of jurisdiction 27 *pursuant to Fed. R. Civ. P. 12(b)(1)* (Attachments: # 1 Exhibit 1)(Tannen, Michael) (Entered: 03/08/2016) |
| 03/08/2016 | 29 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to strike *pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)* (Tannen, Michael) (Entered: 03/08/2016) |
| 03/08/2016 | 30 | MEMORANDUM by Cayan LLC, Wells Fargo Bank, N.A. in support of Motion to Dismiss for Failure to State a Claim, motion to strike 29 *pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)* (Tannen, Michael) (Entered: 03/08/2016) |
| 03/08/2016 | 31 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to deposit funds *pursuant to Fed. R. Civ. P. 67* (Tannen, Michael) (Entered: 03/08/2016) |
| 03/08/2016 | 32 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re memorandum in support of motion 30 , memorandum in support of motion 28 , MOTION by Defendants Wells Fargo Bank, N.A., Cayan LLC to dismiss for lack of jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(1)* 27 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIMMOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to strike *pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)* 29 , MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to deposit funds *pursuant to Fed. R. Civ. P. 67* 31 (Tannen, Michael) (Entered: 03/08/2016) |
| 03/08/2016 | 33 | NOTICE of Motion by Michael Murphy Tannen for presentment of Motion to Dismiss for Failure to State a Claim, motion to strike 29 , motion to dismiss/lack of jurisdiction 27 , motion to deposit funds 31 before Honorable Thomas M. Durkin on 3/15/2016 at 09:00 AM. (Tannen, Michael) (Entered: 03/08/2016) |
| 03/10/2016 | 34 | STATUS Report *(Joint)* by Cayan LLC, Wells Fargo Bank, N.A. (Tannen, Michael) (Entered: 03/10/2016) |
| 03/10/2016 | 35 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re status report 34 (Tannen, Michael) (Entered: 03/10/2016) |
| 03/11/2016 | 36 | RESPONSE by Heather N. McCombs, D.P.M., LLC.in Opposition to MOTION by Defendants Wells Fargo Bank, N.A., Cayan LLC to dismiss for lack of |

| | | |
|---|---|---|
| | | jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(1)* 27 (Warner, Curtis) (Entered: 03/11/2016) |
| 03/14/2016 | 37 | RESPONSE by Heather N. McCombs, D.P.M., LLC.in Opposition to MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to deposit funds *pursuant to Fed. R. Civ. P. 67* 31 (Warner, Curtis) (Entered: 03/14/2016) |
| 03/14/2016 | 38 | RESPONSE by Heather N. McCombs, D.P.M., LLC.in Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIMMOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to strike *pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)* 29 (Attachments: # 1 Appendix 1)(Warner, Curtis) (Entered: 03/14/2016) |
| 03/15/2016 | 39 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion to deposit funds with the Clerk of Court 31 is denied for the reasons stated orally. The funds are to be deposited with a trusted intermediary. Motion hearing held on 3/15/2016. Defendants' reply brief in support of their motions to dismiss 27 29 is due by 3/25/2016. Discovery is stayed. A status hearing is set for 4/20/16 at 9:00 a.m. Mailed notice (srn, ) (Entered: 03/15/2016) |
| 03/15/2016 | | (Court only) Status hearing set for 4/20/2016 at 09:00 AM. (srn, ) (Entered: 03/15/2016) |
| 03/16/2016 | 40 | TRANSCRIPT OF PROCEEDINGS held on 3/15/16 before the Honorable Thomas M. Durkin. Motion hearing. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/6/2016. Redacted Transcript Deadline set for 4/18/2016. Release of Transcript Restriction set for 6/14/2016. (Renke, Laura) (Entered: 03/16/2016) |
| 03/16/2016 | 41 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. to supplement *Plaintiff's Response in Opposition to Defendant's Rule 12(b)(1) Motion [Doc. 36]* (Attachments: # 1 Exhibit A - Transcript, March 15, 2016 Hearing; B - March 15, 2016 email exchanges)(Warner, Curtis) (DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF 3/23/16).(Main Document 41 replaced on 3/24/2016) (tt, ). Modified on 3/24/2016 (tt, ). (Entered: 03/16/2016) |
| 03/16/2016 | 42 | NOTICE of Motion by Curtis Charles Warner for presentment of motion to supplement, 41 before Honorable Thomas M. Durkin on 3/23/2016 at 09:00 AM. (Warner, Curtis) (Entered: 03/16/2016) |

| | | |
|---|---|---|
| 03/18/2016 | 43 | SUPPLEMENT to motion to supplement, 41 (Attachments: # 1 Exhibit Leyse v. Lifetime Entm't Servs., 13-cv-5794-AKH, Doc. 128, (S.D.N.Y. Mar. 17, 2016))(Warner, Curtis) (Entered: 03/18/2016) |
| 03/21/2016 | 44 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cayan LLC (Tannen, Michael) (Entered: 03/21/2016) |
| 03/21/2016 | 45 | NOTICE by Cayan LLC re notification of affiliates pursuant to local rule 3.2 44 (Tannen, Michael) (Entered: 03/21/2016) |
| 03/21/2016 | 46 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Wells Fargo Bank, N.A. (Tannen, Michael) (Entered: 03/21/2016) |
| 03/21/2016 | 47 | NOTICE by Wells Fargo Bank, N.A. re notification of affiliates pursuant to local rule 3.2 46 (Tannen, Michael) (Entered: 03/21/2016) |
| 03/21/2016 | 48 | RESPONSE by Defendants Cayan LLC, Wells Fargo Bank, N.A. to Plaintiff's motion for leave to cite additional authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Tannen, Michael) Docket Text Modified by Clerk's Office on 3/22/2016 (jh, ). (Entered: 03/21/2016) |
| 03/21/2016 | 49 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re Response 48 (Tannen, Michael) (Entered: 03/21/2016) |
| 03/22/2016 | 50 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-11742811. (Eisner, Diana) (Entered: 03/22/2016) |
| 03/22/2016 | 51 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. to supplement *Plaintiff's Response in Opposition to Defendants' Rule 12(b)(6) Motion [Doc. 38]* (Attachments: # 1 Exhibit A - Bridgeview Health Care Center, Ltd. v. Jerry Clark, d/b/a/ Affordable Digital Hearing, Nos. 14-3728 & 15-1793 (7th Cir. Mar. 21, 2016))(Warner, Curtis) (Entered: 03/22/2016) |
| 03/22/2016 | 52 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-11742837. (Reilly, Christine) (Entered: 03/22/2016) |
| 03/22/2016 | 53 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 50 is granted; Attorney Diana Lauren Eisner for Cayan LLC and Wells Fargo Bank, N.A. added. Mailed notice (srn, ) (Entered: 03/22/2016) |
| 03/22/2016 | 54 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 52 is granted; Attorney Christine Marie Reilly for Cayan LLC and Wells Fargo Bank, N.A. added. Mailed notice (srn, ) (Entered: 03/22/2016) |
| 03/22/2016 | 55 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for extension of time to file response/reply as to motion to supplement, 51 , motion to supplement, 41 , motion to dismiss/lack of jurisdiction 27 , Motion to Dismiss for Failure to State a Claim, motion to strike 29 , supplement 43 *(Unopposed)* (Attachments: # 1 Exhibit A)(Tannen, Michael) (Entered: 03/22/2016) |
| 03/22/2016 | 56 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for extension of time to file response/reply as to motion to supplement, 51 , motion to supplement, 41 , |

| | | |
|---|---|---|
| | | motion to dismiss/lack of jurisdiction 27 , Motion to Dismiss for Failure to State a C 55 (Tannen, Michael) (Entered: 03/22/2016) |
| 03/22/2016 | 57 | NOTICE of Motion by Curtis Charles Warner for presentment of motion to supplement, 51 before Honorable Thomas M. Durkin on 3/23/2016 at 09:00 AM. (Warner, Curtis) (Entered: 03/22/2016) |
| 03/22/2016 | 58 | RESPONSE by Heather N. McCombs, D.P.M., LLC. to MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for extension of time to file response/reply as to motion to supplement, 51 , motion to supplement, 41 , motion to dismiss/lack of jurisdiction 27 , Motion to Dismiss for Failure to State a C 55 (Attachments: # 1 Exhibit A, March 21, 2016 email from Mr. Tannen)(Warner, Curtis) (Entered: 03/22/2016) |
| 03/22/2016 | 59 | NOTICE of Motion by Michael Murphy Tannen for presentment of motion for extension of time to file response/reply,, motion for relief,,,,,,,,,, 55 before Honorable Thomas M. Durkin on 3/23/2016 at 09:00 AM. (Tannen, Michael) (Entered: 03/22/2016) |
| 03/23/2016 | 60 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to supplement 41 is granted as to notice of authorities. Plaintiff's motion to supplement 51 is granted as to notice of authorities. Defendants' motion for extension of time to 4/13/16 to file a reply 55 is granted. Motion hearing held on 3/23/2016. Mailed notice (srn, ) (Entered: 03/23/2016) |
| 03/23/2016 | 61 | ORDER: For the reasons stated by the Court on the record, Defendants' request to strike Doc. Nos. 41 and [41-1] from the record and to restrict ECF access to same is granted. The Clerk of the Court is to restrict ECF access to Docs. 41 and [41-1], and is to remove those documents from this case. Signed by the Honorable Thomas M. Durkin on 3/23/2016. Mailed notice (tt, ) (Entered: 03/24/2016) |
| 04/11/2016 | 62 | TRANSCRIPT OF PROCEEDINGS held on 3/23/16 before the Honorable Thomas M. Durkin. Motion hearing. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/2/2016. Redacted Transcript Deadline set for 5/12/2016. Release of Transcript Restriction set for 7/11/2016. (Renke, Laura) (Entered: 04/11/2016) |
| 04/13/2016 | 63 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for leave to file excess pages ; *Defendants' Unopposed Motion for Leave to File Reply Brief in Support of Their Rule 12(b)(1) Motion to Dismiss in Excess of 15 Pages* (Attachments: # 1 Exhibit 1 to Motion for Leave)(Eisner, Diana) (Entered: |

| | | |
|---|---|---|
| | | 04/13/2016) |
| 04/13/2016 | 64 | REPLY by Defendants Cayan LLC, Wells Fargo Bank, N.A. to motion to dismiss/lack of jurisdiction 27 *Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1)* (Attachments: # 1 Exhibit A to Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1), # 2 Exhibit B to Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1), # 3 Exhibit C to Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1), # 4 Exhibit D to Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1), # 5 Exhibit E to Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1))(Eisner, Diana) (Entered: 04/13/2016) |
| 04/13/2016 | 65 | REPLY by Defendants Cayan LLC, Wells Fargo Bank, N.A. to Motion to Dismiss for Failure to State a Claim, motion to strike 29 *Reply in Support of Defendants' Motion to Dismiss Complaint and Motion to Strike Class Action Allegations* (Eisner, Diana) (Entered: 04/13/2016) |
| 04/13/2016 | 66 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. to supplement *Plaintiff's Response in Opposition to Defendants' Rule 12(b)(1) Motion, Doc. 36, additional authority Chen v. Allstate Insurance Co., No. 13-16816 (9th Cir. April 12, 2016) (Unopposed Motion)* (Attachments: # 1 Exhibit Chen v. Allstate Insurance Co., No. 13-16816 (9th Cir. April 12, 2016))(Warner, Curtis) (Entered: 04/13/2016) |
| 04/13/2016 | 67 | NOTICE of Motion by Curtis Charles Warner for presentment of motion to supplement, 66 before Honorable Thomas M. Durkin on 4/21/2016 at 09:00 AM. (Warner, Curtis) (Entered: 04/13/2016) |
| 04/14/2016 | 68 | *Amended* NOTICE of Motion by Curtis Charles Warner for presentment of motion to supplement, 66 before Honorable Thomas M. Durkin on 4/20/2016 at 09:00 AM. (Warner, Curtis) (Entered: 04/14/2016) |
| 04/14/2016 | 69 | NOTICE of Motion by Michael Murphy Tannen for presentment of motion for leave to file excess pages, 63 before Honorable Thomas M. Durkin on 4/20/2016 at 09:00 AM. (Tannen, Michael) (Entered: 04/14/2016) |
| 04/18/2016 | 70 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion for leave to file excess pages 63 is granted. Plaintiff's motion for leave to cite additional authority 66 is granted.Mailed notice (srn, ) (Entered: 04/18/2016) |
| 04/18/2016 | 71 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. for hearing re MOTION by Defendants Wells Fargo Bank, N.A., Cayan LLC to dismiss for lack of jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(1)* 27 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIMMOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to strike *pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)* 29 (Tannen, Michael) (Entered: 04/18/2016) |

| | | |
|---|---|---|
| 04/18/2016 | 72 | NOTICE of Motion by Michael Murphy Tannen for presentment of motion for hearing, motion for relief,,,,,, 71 before Honorable Thomas M. Durkin on 4/20/2016 at 09:00 AM. (Tannen, Michael) (Entered: 04/18/2016) |
| 04/20/2016 | 73 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion for oral argument 71 is granted. Motion hearing held on 4/20/2016. Oral argument is set for 4/28/2016 at 08:00 AM.Mailed notice (srn, ) (Entered: 04/20/2016) |
| 04/21/2016 | 74 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. to supplement *[Doc. 36] [Doc. 38]* (Attachments: # 1 Exhibit A - South Orange Chiropractic Ctr, LLC v. Cayan LLC, 15-13069-PBS, 2016 U.S. Dist. LEXIS 49067 (D. Mass. Apr. 12, 2016))(Warner, Curtis) (Entered: 04/21/2016) |
| 04/21/2016 | 75 | NOTICE of Motion by Curtis Charles Warner for presentment of motion to supplement, 74 before Honorable Thomas M. Durkin on 4/28/2016 at 09:00 AM. (Warner, Curtis) (Entered: 04/21/2016) |
| 04/22/2016 | 76 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. to supplement , *Motion for Class Certification and Memorandum in Support [Docs. 8-9] and request for Oral Arguments (Opposed Motion)* (Attachments: # 1 Exhibit A-C)(Warner, Curtis) (Entered: 04/22/2016) |
| 04/22/2016 | 77 | NOTICE of Motion by Curtis Charles Warner for presentment of motion to supplement 76 before Honorable Thomas M. Durkin on 4/28/2016 at 09:00 AM. (Warner, Curtis) (Entered: 04/22/2016) |
| 04/26/2016 | 78 | MINUTE entry before the Honorable Thomas M. Durkin:Oral argument is reset for 4/28/2016 at 02:00 p.m. Note: time change only. All noticed motions will be heard at 2:00 p.m. Mailed notice (srn, ) (Entered: 04/26/2016) |
| 04/28/2016 | 86 | MINUTE entry before the Honorable Thomas M. Durkin:Oral argument held on 4/28/2016.Mailed notice (srn, ) (Entered: 05/18/2016) |
| 05/02/2016 | 79 | TRANSCRIPT OF PROCEEDINGS held on 4/28/16 before the Honorable Thomas M. Durkin. Oral argument. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/23/2016. Redacted Transcript Deadline set for 6/2/2016. Release of Transcript Restriction set for 8/1/2016. (Renke, Laura) (Entered: 05/02/2016) |
| 05/04/2016 | 80 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A)(Tannen, Michael) (Entered: 05/04/2016) |
| 05/04/2016 | 81 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 80 (Tannen, Michael) (Entered: 05/04/2016) |
| 05/04/2016 | 82 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit A - Bais Yaakov of Spring Valley v. Varitronics, LLC, 2016 U.S. Dist. LEXIS 58316 (D. Minn. May 2, 2016); B - Brady v. Basic Research, L.L.C., 2016 U.S. Dist. LEXIS 58131 (E.D.N.Y. May 2, 2016))(Warner, Curtis) (Entered: 05/04/2016) |
| 05/13/2016 | 83 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit A - Bais Yaakov of Spring Valley v. Act, Inc., 2016 U.S. Dist. LEXIS 62417 * 19 (D. Mass. May 10, 2016))(Warner, Curtis) (Entered: 05/13/2016) |
| 05/17/2016 | 84 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A)(Tannen, Michael) (Entered: 05/17/2016) |
| 05/17/2016 | 85 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 84 (Tannen, Michael) (Entered: 05/17/2016) |
| 05/18/2016 | 87 | SUPPLEMENT to response in opposition to motion 36 , *Fauley v. Royal Canin U.S.A., Inc., 2016 U.S. Dist. LEXIS 63784 (N.D. Ill. May 13, 2016) (Bucklo, J)* (Attachments: # 1 Exhibit Fauley v. Royal Canin U.S.A., Inc., 2016 U.S. Dist. LEXIS 63784 (N.D. Ill. May 13, 2016) (Bucklo, J.))(Warner, Curtis) (Entered: 05/18/2016) |
| 05/18/2016 | 88 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A)(Tannen, Michael) (Entered: 05/18/2016) |
| 05/18/2016 | 89 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 88 (Tannen, Michael) (Entered: 05/18/2016) |
| 05/18/2016 | 90 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit Florence Mussat, M.D., S.C., v. E.S. Medical Supplies and Equipment, 16-cv-1240, Doc. 29, Order (N.D. Ill. May 11, 2016) (Guzman, J.))(Warner, Curtis) (Entered: 05/18/2016) |
| 05/27/2016 | 91 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A)(Tannen, Michael) (Entered: 05/27/2016) |
| 05/27/2016 | 92 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 91 (Tannen, Michael) (Entered: 05/27/2016) |

| | | |
|---|---|---|
| 05/31/2016 | 93 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A)(Tannen, Michael) (Entered: 05/31/2016) |
| 05/31/2016 | 94 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 93 (Tannen, Michael) (Entered: 05/31/2016) |
| 06/03/2016 | 95 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit A - South Orange Chiropractic Center, LLC v. Cayan LLC, No. 15-13069, 2016 U.S. Dist. LEXIS 7068 (D. Mass. May 31, 2016) ; B. - Wilson v. Gordon, 2016 U.S. App. LEXIS 9374, 2016 FED App. 0127P (6th Cir.) (6th Cir. May 23, 2016))(Warner, Curtis) (Entered: 06/03/2016) |
| 06/06/2016 | 96 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit A - Gomez v. Campbell-Ewald, 10-cv-2007, Doc. 272, Order re Defendants Motions to Dismiss and for Leave to Deposit Funds with the Court [248, 249], (C.D. Cal. June 3, 2016); B - Ung v. Universal Acceptance Corp., 15-127 (RHK/FLN), Doc. 103, Opinion (D. Minn. June 3, 2016); C - ONeal v. Americas Best Tire, Llc, CIV-00056-PHX-DGC, 2016 U.S. Dist. LEXIS 72064 (D. Az. June 2, 2016))(Warner, Curtis) (Entered: 06/06/2016) |
| 06/13/2016 | 97 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Tannen, Michael) (Entered: 06/13/2016) |
| 06/13/2016 | 98 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 97 (Tannen, Michael) (Entered: 06/13/2016) |
| 06/14/2016 | 99 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tannen, Michael) (Entered: 06/14/2016) |
| 06/14/2016 | 100 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 99 (Tannen, Michael) (Entered: 06/14/2016) |
| 06/22/2016 | 101 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit A. Giesmann v. American Homepatient, Inc., 2016 U.S. Dist. LEXIS 78446 (E.D. Mo. June 16, 2016))(Warner, Curtis) (Entered: 06/22/2016) |
| 07/06/2016 | 102 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Tannen, Michael) (Entered: 07/06/2016) |
| 07/06/2016 | 103 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 102 (Tannen, Michael) (Entered: 07/06/2016) |

| | | |
|---|---|---|
| 07/18/2016 | 104 | MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC. for order *for Status Conferance*, MOTION by Plaintiff Heather N. McCombs, D.P.M., LLC.Status Conferance (Attachments: # 1 Exhibit A-B)(Warner, Curtis) (Entered: 07/18/2016) |
| 07/18/2016 | 105 | NOTICE of Motion by Curtis Charles Warner for presentment of motion for order, motion for miscellaneous relief 104 before Honorable Thomas M. Durkin on 7/21/2016 at 09:00 AM. (Warner, Curtis) (Entered: 07/18/2016) |
| 07/18/2016 | 106 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit A. Family Med. Pharm., LLC v. Perfumania Holdings, Inc., 2016 U.S. Dist. LEXIS 87028 *10-19 (S.D. Ala. July 5, 2016); Career Counseling, Inc. v. Amsterdam Printing & Litho, Inc., 2016 U.S. Dist. LEXIS 90014 * 3-12 (D.S.C. July 12, 2016); Richardson v. Dir. Fed. Bureau of Prisons, 2016 U.S. App. LEXIS 12997 *30-31 (3d Cir. July 15, 2016))(Warner, Curtis) (Entered: 07/18/2016) |
| 07/21/2016 | 107 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for a status conference 104 is granted. Status hearing held. Motion hearing held on 7/21/2016. The Court will rule by mail on the pending motions. Mailed notice (srn, ) (Entered: 07/21/2016) |
| 07/28/2016 | 108 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12193916. (Sarchio, Christina) (Entered: 07/28/2016) |
| 07/28/2016 | 109 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 108 is granted; Attorney Christina G Sarchio for Cayan LLC added. Mailed notice (srn, ) (Entered: 07/28/2016) |
| 07/28/2016 | 110 | MINUTE entry before the Honorable Thomas M. Durkin: Attorney Christina G Sarchio for Wells Fargo Bank, N.A. added. Mailed notice (srn, ) (Entered: 07/28/2016) |
| 08/03/2016 | 111 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* (Attachments: # 1 Exhibit A)(Tannen, Michael) (Entered: 08/03/2016) |
| 08/03/2016 | 112 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to supplement *Defendants' Rule 12(b)(1) Motion To Dismiss (Docs. 27, 28)* 111 (Tannen, Michael) (Entered: 08/03/2016) |
| 08/04/2016 | 113 | MOTION by Attorney Christine M. Reilly and Diana L. Eisner to withdraw as attorney for Cayan LLC, Wells Fargo Bank, N.A.. No party information provided (Tannen, Michael) (Entered: 08/04/2016) |
| 08/04/2016 | 114 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re MOTION by Attorney Christine M. Reilly and Diana L. Eisner to withdraw as attorney for Cayan LLC, Wells Fargo Bank, N.A.. No party information provided 113 (Tannen, Michael) (Entered: 08/04/2016) |
| 08/11/2016 | 115 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12242746. (Beaman, Gregory) (Entered: 08/11/2016) |

| | | |
|---|---|---|
| 08/11/2016 | 116 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' unopposed motion to withdraw as attorney 113 is granted. Application to appear pro hac vice 115 is granted; Attorney Gregory D Beaman for Cayan LLC and Wells Fargo Bank, N.A. added. Attorney Diana Lauren Eisner and Christine Marie Reilly terminated.Mailed notice (srn, ) (Entered: 08/11/2016) |
| 10/03/2016 | 117 | SUPPLEMENT to response in opposition to motion 36 (Attachments: # 1 Exhibit Practice Management Support Services, Inc., v. Cirque Soleil Inc., 14 C 2032, Doc. 116, Memorandum Opinion and Order (N.D. Ill. Sept. 30, 2016) (Durkin, J.).)(Warner, Curtis) (Entered: 10/03/2016) |
| 10/28/2016 | 118 | TRANSCRIPT OF PROCEEDINGS held on 7/21/16 before the Honorable Thomas M. Durkin. Motion hearing. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/18/2016. Redacted Transcript Deadline set for 11/28/2016. Release of Transcript Restriction set for 1/26/2017. (Renke, Laura) (Entered: 10/28/2016) |
| 02/02/2017 | 119 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motions to supplement 74 76 are granted. Defendants' motions to supplement 80 84 88 91 93 97 99 102 111 are granted. Mailed notice (srn, ) (Entered: 02/02/2017) |
| 02/02/2017 | 120 | NOTICE OF EMAIL NOTIFICATION FAILURE, for document # 119 sent to Attorney James Wilson Slater returned as: Unknown Address Error. Mailed to attorney James Wilson Slater a Letter re: bounce back email and a Notification of Change of Address form. Notices have been set to No. Counsel must email the Clerk's Office at Docketing_ILND@uscourts.gov when a Notification of Change of Address has been filed to ensure electronic notification is reset. (ek, ) (Entered: 02/03/2017) |
| 02/23/2017 | 121 | SUPPLEMENT to response in opposition to motion 36 (Warner, Curtis) (Entered: 02/23/2017) |
| 03/16/2017 | 122 | MEMORANDUM Opinion and Order: For the foregoing reasons, the defendants' motions 27 29 88 are denied. The parties are to appear for a status conference on April 11, 2017 at 9:00 am to set a discovery schedule. In the meantime, the Court directs the parties to the Case Procedures on its website regarding preemptive class motions, and asks the parties to consider entering into a stipulation that would obviate the need for the Court to address the placeholder motion for class certification, R. 8 , while also addressing the concerns raised in Campbell-Ewald and Chapman. Status hearing set for 4/11/2017 at 09:00 AM. Signed by the Honorable Thomas M. Durkin on |

| | | |
|---|---|---|
| | | 3/16/2017:Mailed notice(srn, ) (Entered: 03/16/2017) |
| 03/17/2017 | 123 | MOTION by Attorney James W. Slater to withdraw as attorney for Cayan LLC, Wells Fargo Bank, N.A.. No party information provided (Tannen, Michael) (Entered: 03/17/2017) |
| 03/17/2017 | 124 | NOTICE of Motion by Michael Murphy Tannen for presentment of motion to withdraw as attorney 123 before Honorable Thomas M. Durkin on 4/11/2017 at 09:00 AM. (Tannen, Michael) (Entered: 03/17/2017) |
| 03/29/2017 | 125 | ATTORNEY Appearance for Defendants Cayan LLC, Wells Fargo Bank, N.A. by Glenn Allen Klinger (Klinger, Glenn) (Entered: 03/29/2017) |
| 03/29/2017 | 126 | NOTICE by Cayan LLC, Wells Fargo Bank, N.A. re attorney appearance 125 (Klinger, Glenn) (Entered: 03/29/2017) |
| 03/30/2017 | 127 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 123 is granted; Attorney James Wilson Slater terminated. No appearance is required on 4/11/2017.Mailed notice (srn, ) (Entered: 03/30/2017) |
| 03/30/2017 | 128 | ANSWER to amended complaint by Cayan LLC, Wells Fargo Bank, N.A.(Sarchio, Christina) (Entered: 03/30/2017) |
| 04/07/2017 | 129 | MOTION by Defendants Cayan LLC, Wells Fargo Bank, N.A. to stay (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Beaman, Gregory) (Entered: 04/07/2017) |
| 04/07/2017 | 130 | NOTICE of Motion by Gregory D Beaman for presentment of motion to stay 129 before Honorable Thomas M. Durkin on 4/11/2017 at 09:00 AM. (Beaman, Gregory) (Entered: 04/07/2017) |
| 04/10/2017 | 131 | Acceptance of Offers and Request for Entry of Judgment by Heather N. McCombs, D.P.M., LLC. (Attachments: # 1 Exhibit A-B)(Warner, Curtis) (Entered: 04/10/2017) |
| 04/11/2017 | 132 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to certify class 8 is denied as moot. Defendants' motion to stay 129 is denied for the reasons stated orally. Status hearing held on 4/11/2017. Judgment is entered in accordance with plaintiff's acceptance of defendants' Rule 68 offer of judgment. Civil case terminated. Mailed notice (srn, ) (Entered: 04/11/2017) |
| 04/11/2017 | 133 | ENTERED JUDGMENT Signed on 4/11/2017:Mailed notice(srn, ) (Entered: 04/11/2017) |
| 04/11/2017 | 136 | ENTERED JUDGMENT Signed on 4/11/2017:Mailed notice(srn, ) (Entered: 04/27/2017) |
| 04/13/2017 | 134 | TRANSCRIPT OF PROCEEDINGS held on 4/11/17 before the Honorable Thomas M. Durkin. Status hearing. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/4/2017. Redacted Transcript Deadline set for 5/15/2017. Release of Transcript Restriction set for 7/12/2017. (Renke, Laura) (Entered: 04/13/2017) |
| 04/27/2017 | 135 | MINUTE entry before the Honorable Thomas M. Durkin:The parties have contacted the Court regarding the proper date and scope of the judgment entered on April 11, 2017. Plaintiff wishes the date to remain as entered, and Defendants believe judgment should be backdated to the date of their offer--February 22, 2016. The Court will not backdate entry of judgment. Plaintiff flatly rejected the offer at the time it was made, the parties then vigorously litigated the significance of the offer and rejection on mootness, the Court resolved that dispute in Plaintiff's favor, R. 122, and the Defendants subsequently filed an answer, R. 128, and motion to stay proceedings, R. 129, signifying that the offer remained rejected and the case remained live. Plaintiff first represented to the Court that it accepted Defendants' offer (which remained open by its terms despite Plaintiff's earlier rejection) on April 10, 2017, but the parties disputed the scope of the judgment that should follow. See R. 131. That dispute was resolved at a hearing before the Court on April 11, 2017, at which time the Court entered judgment for Plaintiff on Plaintiff's individual claim only, awarding damages in the amount of $7,500.00 and enjoining Defendants from sending Plaintiff any unsolicited fax advertisements in violation of Section 227 of the TCPA. To the extent the judgment reflected otherwise, see R. 133, it was in error. No class relief of any kind was awarded. An amended judgment on Plaintiff's individual claims only will follow entry of this minute order.Mailed notice (srn, ) (Entered: 04/27/2017) |
| 05/03/2017 | 137 | FULL SATISFACTION of Judgment regarding entered judgment 136 , entered judgment 133 in the amount of $7,534.58 *(INDIVIDUAL JUDGMENT)* (Warner, Curtis) (Entered: 05/03/2017) |
| 05/04/2017 | 138 | NOTICE of appeal by Heather N. McCombs, D.P.M., LLC. regarding orders 136 , 133 Filing fee $ 505, receipt number 0752-13143681. (Warner, Curtis) (Entered: 05/04/2017) |
| 05/04/2017 | 139 | DOCKETING Statement by Heather N. McCombs, D.P.M., LLC. regarding notice of appeal 138 (Warner, Curtis) (Entered: 05/04/2017) |
| 05/04/2017 | 140 | DESIGNATION by Heather N. McCombs, D.P.M., LLC. of record on appeal (Warner, Curtis) (Entered: 05/04/2017) |
| 05/04/2017 | 141 | SEVENTH CIRCUIT transcript information sheet by Heather N. McCombs, D.P.M., LLC. (Warner, Curtis) (Entered: 05/04/2017) |
| 05/04/2017 | 142 | DOCKETING Statement by Heather N. McCombs, D.P.M., LLC. regarding notice of appeal 138 (Warner, Curtis) (Entered: 05/04/2017) |

| | | |
|---|---|---|
| 05/05/2017 | 143 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 138 . (smm) (Entered: 05/05/2017) |